**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jon Lester Hay | Social Security number or ITIN xxx–xx–3703 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kristine Elizabeth Hay | Social Security number or ITIN xxx–xx–1662 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number: 22–70011–JAD

# Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jon Lester Hay                                    Kristine Elizabeth Hay

4/20/22                                           **By the court:**  Jeffery A. Deller
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                        Case No. 22-70011-JAD

Jon Lester Hay                                                                                      Chapter 7

Kristine Elizabeth Hay

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: 318 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jon Lester Hay, P.O. Box 134, Salisbury, PA 15558-0134 |
| jdb | | Kristine Elizabeth Hay, 131 Beachy Avenue, Meyersdale, PA 15552 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15447093 | ++ | ARSTRAT LLC, 14141 SOUTHWEST FRWY STE 300, SUGAR LAND TX 77478-4630 address filed with court:, ARstrat, 14141 Southwest FWY, Ste 300, Sugar Land, TX 77478 |
| 15447094 | + | Chan Soon-Shiong Medical Center at Windb, 600 Somerset Avenue, Windber, PA 15963-1331 |
| 15447096 | + | Collection Svc Center, Attn: Bankruptcy Dept., P.O. Box 1613, Cumberland, MD 21501-1613 |
| 15447098 | + | Conemaugh Medical Center Meyersdale, 200 Hospital Drive, Meyersdale, PA 15552-1249 |
| 15447100 | | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Needham Heights, MA 02494 |
| 15447101 | + | Eastern Revenue, Inc., Attn: Bankruptcy, 601 Dresher Road, Suite 301, Horsham, PA 19044-2238 |
| 15447103 | + | First Peoples Community Bank, Attn: Bankruptcy, P.O. Box 5149, Cumberland, MD 21505-5149 |
| 15447106 | | L. Bruce Williams, DDS, 95 Grant Street, Salisbury, PA 15558 |
| 15447109 | | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Salt Lake City, UT 84165 |
| 15447110 | | Quest Diagnostics, P.O. Box 64378, Baltimore, MD 21264-4378 |
| 15447111 | + | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15447112 | + | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15447113 | + | Somerset Hospital, 225 S. Center Avenue, Somerset, PA 15501-2088 |
| 15447114 | + | Thomas Medical Supply, 327 Main Street #1, Meyersdale, PA 15552-1035 |
| 15447115 | + | Wayne Kabina, 131 Beachy Avenue, Salisbury, PA 15558-3005 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15447093 | | Email/Text: Bankruptcy@arstrat.com | Apr 20 2022 23:34:00 | ARstrat, 14141 Southwest FWY, Ste 300, Sugar Land, TX 77478 |
| 15447095 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 20 2022 23:34:00 | Collection Service Center, Inc., 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15447097 | | EDI: WFNNB.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 21 2022 03:38:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15447099 | + | EDI: CCS.COM | Apr 21 2022 03:38:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 15447102 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 20 2022 23:34:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15447104 | + | EDI: IIC9.COM | Apr 21 2022 03:38:00 | IC Systems, Inc., Attn: Bankruptcy, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 15447105 | | EDI: JEFFERSONCAP.COM | Apr 21 2022 03:38:00 | Jefferson Capital System, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15447107 | + | Email/Text: support@ljross.com | Apr 20 2022 23:34:00 | LJ Ross Associates, LLC, P.O. Box 6099, Jackson, MI 49204-6099 |
| 15447108 | + | Email/Text: bankruptcy@lmmcollections.com | Apr 20 2022 23:34:00 | Lockhart Morris & Montgomery, Inc., Attn: Bankruptcy, 1401 N. Central Expressway, Ste 225, Richardson, TX 75080-4456 |
| 15447112 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2022 23:34:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Towd Point Mortgage Trust 2019-4, U.S. Bank Nation |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Jeffrey Wayne Ross | on behalf of Debtor Jon Lester Hay jross@shepleylaw.com bk@shepleylaw.com |

District/off: 0315-7      User: admin      Page 3 of 3

Date Rcvd: Apr 20, 2022      Form ID: 318      Total Noticed: 28

Jeffrey Wayne Ross
    on behalf of Joint Debtor Kristine Elizabeth Hay jross@shepleylaw.com  bk@shepleylaw.com

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7